

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
Sandra Day O'Connor United States Courthouse
401 W. Washington St., SPC 58
Suite 623
Phoenix, Arizona 85003-2156

**David G. Campbell**
United States District Judge

Telephone: (602) 322-7645
Fax: (602) 322-7649

September 3, 2004

Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

     Re:   Calendar Year 2003 filing

Dear Committee:

     This letter will respond to the Committee's letter of August 25, 2004, requesting additional information concerning my 2003 financial disclosure report.

     The second paragraph of your letter notes two errors in Part VII of my report. I have attached a revised Part VII that corrects these errors.

     The third paragraph of your letter concerns certain assets that were listed in Attachment A to my response dated June 19, 2003, but that were not listed in my 2003 report. The explanation for this fact can be found in Note 3 of Part VIII of my 2003 report.

     Please let me know if you require additional information. As requested, I have provided the Committee with three copies of this letter.



David G. Campbell

DGC/nvj

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank One Checking Account | A | Interest | J | T | | | | | |
| 2. Bank One Savings Account | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 5. Osborn Maledon Common Stock | | None | | | Redemption | 7/25 | K | G | Osborn Maledon |
| 6. Confluent Surgical Common Stock | | None | K | W | | | | | |
| 7. Wheeler Machinery Note Payable | E | Interest | O | T | | | | | |
| 8. El Dorado Investments, LLC | G | Distribution | O | W | | | | | |
| 9. Exxon Mobil Common Stock | A | Dividend | L | T | | | | | |
| 10. Bank of America Common Stock | A | Dividend | L | T | | | | | |
| 11. 401(k) Plan | | | | | | | | | |
| 12. American Funds Bond Fund of Amer A | E | Dividend | M | T | | | | | |
| 13. American Funds Inc Fund of Amer A | F | Dividend | N | T | | | | | |
| 14. Schwab Inst. Adv. Money Market | B | Interest | M | T | | | | | |
| 15. General American Universal Life Policy | D | Interest | L | T | | | | | |
| 16. General American Variable Life Policy | D | Dividend | L | T | | | | | |
| 17. Trust # 1 | | None | N | W | | | | | See note 1, Part VIII |
| 18. Trust # 2 | | | | | | | | | See note 1, Part VIII |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 20. Bank One Savings Account | A | Interest | K | T | | | | | |
| 21. Trust # 3 | | | | | | | | | See note 1, Part VIII |
| 22. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 23. Bank One Savings Account | A | Interest | K | T | | | | | |
| 24. Trust # 4 | | | | | | | | | See note 1, Pa VIII |
| 25. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 26. Bank One Savings Account | A | Interest | K | T | | | | | |
| 27. Trust # 5 | | | | | | | | | See note 1 Part VIII |
| 28. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 29. Bank One Savings Account | A | Interest | K | T | | | | | |
| 30. Morningstar managed portfolio (mutual funds) | | | | | | | | | |
| 31. Calamos Growth A | | None | K | T | Buy | 8/28 | K | | |
| 32. Baron Growth | | None | K | T | Buy | 8/28 | K | | |
| 33. ABN AMRO Growth N | | None | K | T | Buy | 8/28 | K | | |
| 34. Janus Midcap Value Investor | A | Dividend | K | T | Buy | 8/28 | K | | |
| 35. MFS Value A | A | Dividend | K | T | Buy | 8/28 | K | | |
| 36. Oakmark I | A | Dividend | L | T | Buy | 8/28 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. PBHG Clipper Focus | A | Dividend | L | T | Buy | 8/28 | L | | |
| 38. Victory Diversified Stock A | A | Dividend | K | T | Buy | 8/28 | K | | |
| 39. Third Avenue Small-Cap Value | A | Dividend | K | T | Buy | 8/28 | J | | |
| 40. TCW Galileo Select Equities N | | None | K | T | Buy | 8/28 | K | | |
| 41. American Century Equity Income Inc | A | Dividend | K | T | Buy | 8/28 | K | | |
| 42. Artisian International | A | Dividend | L | T | Buy | 8/28 | K | | |
| 43. T. Rowe Price High-Yield Adv | A | Dividend | K | T | Buy | 8/28 | K | | |
| 44. Scudder Managed Municipal Bonds A | A | Dividend | K | T | Buy | 8/28 | K | | |
| 45. Vanguard High-Yield Tax-Exempt | A | Dividend | K | T | Buy | 8/28 | K | | |
| 46. Janus Tax Exempt Money Market | A | Dividend | J | T | Buy | 8/28 | J | | |
| 47. Merrill Lynch Mutual Fund Advisor Account | | | | | | | | | |
| 48. Aim Small Cap Growth Fund | | None | | | Buy | 8/20 | K | | |
| 49. | | | | | Sell | 9/09 | K | A | |
| 50. Columbia Acorn USA Fund | | None | K | T | Buy | 9/09 | J | | |
| 51. Dreyfus Appreciation Fund | A | Dividend | K | T | Buy | 8/20 | K | | |
| 52. Lord Abbett Research Fund - SM CAP A | A | Dividend | K | T | Buy | 8/20 | K | | |
| 53. | | | | | Partial sale | 9/09 | J | A | |
| 54. MFS Research International Fund A | A | Dividend | K | T | Buy | 8/20 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Phoenix-Engelman Small & Mid Cap GR Fund CL A | | None | J | T | Buy | 9/09 | J | | |
| 56. TCW Galileo Select Equities 1 | | None | K | T | Buy | 8/20 | K | | |
| 57. The Oakmark Intl Fund | A | Dividend | K | T | Buy | 8/20 | K | | |
| 58. The Oakmark Select Fund | A | Dividend | K | T | Buy | 8/20 | K | | |
| 59. Van Kampen Comstock Fund | A | Dividend | K | T | Buy | 8/20 | K | | |
| 60. MFS Research Bond CL. A | A | Dividend | K | T | Buy | 8/20 | K | | |
| 61. Pimco High Yield Fund CL A | A | Dividend | K | T | Buy | 8/20 | J | | |
| 62. Northwestern Mutual whole life policy | C | Dividend | K | T | | | | | See note 2, Part VIII |
| 63. Mony Life Insurance Company whole life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 64. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 65. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 66. Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 67. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 68. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 69. Transactions from Family Partnership | | | | | | | | | See note 3, Part VIII |
| 70. Stocks from Furman-Selz Account | | | | | | | | | See note 3, Part VIII |
| 71. Amer Intl Group Inc. | A | Dividend | | | Sell | 7/22 | J | A | |
| 72. Amgen Inc Com PV | | None | | | Buy | 5/7 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. | | | | | Sell | 7/22 | J | A | |
| 74. Applied Material Inc | | None | | | Buy | 10/23 | J | | |
| 75. | | | | | Sell | 7/22 | J | A | |
| 76. Baker Hughes Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 77. Bank of NY Co Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 78. Baxter Intl | A | Dividend | | | Sell | 7/16 | J | A | |
| 79. Baxter Intl | A | Dividend | | | Sell | 7/22 | J | A | |
| 80. Comcast CRP New Cl A Spl | | None | | | Sell | 7/22 | J | A | |
| 81. Cadence Design System Inc | | None | | | Sell | 7/22 | J | A | |
| 82. Cendant Corp | | None | | | Sell | 7/22 | J | A | |
| 83. Citigroup Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 84. ChevronTexaco Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 85. Connoco Phillips | A | Dividend | | | Buy | 3/6 | J | A | |
| 86. | | | | | Sell | 7/22 | J | A | |
| 87. Chubb Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 88. Cisco Systems Inc. COM | | None | | | Sell | 7/22 | J | A | |
| 89. Dell Inc. | | None | | | Sell | 7/22 | J | A | |
| 90. Dominion Res Inc New Va | A | Dividend | | | Buy | 3/7 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | Sell | 7/22 | J | A | |
| 92. First Data Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 93. Franklin Res Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 94. Genl Dynamics Corp COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 95. Interactive Corp | | None | | | Buy | 3/19 | J | | |
| 96. | | | | | Sell | 7/22 | J | A | |
| 97. Intel Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 98. Intl Paper Co | A | Dividend | | | Sell | 7/22 | J | A | |
| 99. Kimberly Clark | A | Dividend | | | Sell | 7/22 | J | A | |
| 100. Kroger Co | | None | | | Sell | 7/22 | J | A | |
| 101. Lehman Bros Holdings | A | Dividend | | | Buy | 4/14 | J | | |
| 102. | | | | | Sell | 7/22 | J | A | |
| 103. Liberty Media Corp | | None | | | Buy | 6/25 | J | | |
| 104. | | | | | Sell | 7/22 | J | A | |
| 105. Merk & Co | A | Dividend | | | Buy | 3/18 | J | | |
| 106. | | | | | Sell | 7/22 | J | A | |
| 107. Microsoft Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 108. Pepsico Inc | A | Dividend | | | Sell | 7/22 | J | A | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Pfizer Inc Del PV $0.50 | A | Dividend | | | Sell | 7/22 | J | A | |
| 110. Praxair Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 111. Quest Diagnostics Inc | | None | | | Sell | 7/22 | J | A | |
| 112. Schlumberger Ltd | A | Dividend | | | Sell | 7/22 | J | A | |
| 113. TJX Cos Inc NEW | A | Dividend | | | Sell | 7/22 | J | A | |
| 114. Target Corp COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 115. Verizon Communication Com | A | Dividend | | | Sell | 7/22 | J | A | |
| 116. Vodafone Grp PLC Spn Adr | A | Dividend | | | Sell | 7/22 | J | A | |
| 117. Viacom Inc CL B | A | Dividend | | | Sell | 7/22 | J | A | |
| 118. XL Capital Ltd CL A | A | Dividend | | | Sell | 7/22 | J | A | |
| 119. Wachovia Corp NE | A | Dividend | | | Sell | 7/22 | J | A | |
| 120. Wyeth | A | Dividend | | | Sell | 7/22 | J | A | |
| 121. Stocks from Thompson Siegel Account | | | | | | | | | See note 3, Part VIII |
| 122. Abbott Labs | A | Dividend | | | Sell | 7/23 | J | A | |
| 123. Anadarko Pete Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 124. Bank of America Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 125. CVS Corp Delaware COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 126. Citigroup Inc | A | Dividend | | | Sell | 7/23 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. ChevronTexaco Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 128. Caterpillar Inc DEL | A | Dividend | | | Sell | 7/23 | J | A | |
| 129. Chubb Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 130. Dollar Tree Stores Inc | | None | | | Sell | 7/23 | J | A | |
| 131. Dominion Res Inc NEW VA | A | Dividend | | | Sell | 7/23 | J | A | |
| 132. Genl Dynamics Corp COM | A | Dividend | | | Buy | 3/7 | J | | |
| 133. | | | | | Sell | 7/23 | J | A | |
| 134. Goldman Sachs Group Inc | A | Dividend | | | Sell | 7/23 | J | A | |
| 135. Gillette Co COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 136. Hewlett Packard Co DEL | A | Dividend | | | Sell | 7/23 | J | A | |
| 137. Humana Inc | | None | | | Sell | 7/23 | J | A | |
| 138. Intl Paper Co | A | Dividend | | | Sell | 7/23 | J | A | |
| 139. Keyspan Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 140. Kimberly Clark | A | Dividend | | | Sell | 7/23 | J | A | |
| 141. Lockheed Martin Corp | A | Dividend | | | Buy | 6/19 | J | | |
| 142. | | | | | Sell | 7/23 | J | A | |
| 143. Metlife Inc COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 144. Merk & Co Inc | A | Dividend | | | Sell | 7/23 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Nucor Corp | A | Dividend | | | Buy | 3/4 | J | | |
| 146. | | | | | Sell | 7/23 | J | A | |
| 147. Omnicom Group COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 148. Outback Steakhouse Inc | A | Dividend | | | Sell | 7/23 | J | A | |
| 149. PNC Fincl Services Group | A | Dividend | | | Sell | 7/23 | J | A | |
| 150. SBC Communication Inc | A | Dividend | | | Buy | 5/15 | J | | |
| 151. | | | | | Sell | 7/23 | J | A | |
| 152. Schlumberger Ltd | A | Dividend | | | Sell | 7/23 | J | A | |
| 153. Suntrust Bks Inc COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 154. Target Corp COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 155. Travelers Ppty CAS CRP A | A | Dividend | | | Sell | 7/23 | J | A | |
| 156. Unilever NC NEW | A | Dividend | | | Sell | 7/23 | J | A | |
| 157. Union Pacific Corp | A | Dividend | | | Buy | 3/12 | J | | |
| 158. | | | | | Sell | 7/23 | J | A | |
| 159. Unocal Corp | A * | Dividend | | | Sell | 7/23 | J | A | |
| 160. V F Corporation | A | Dividend | | | Sell | 7/23 | J | A | |
| 161. Wells Fargo & Co NEW DEL | A | Dividend | | | Sell | 7/23 | J | A | |
| 162. Wachovia Corp NEW | A | Dividend | | | Sell | 7/23 | J | A | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Wyeth | A | Dividend | | | Sell | 7/23 | J | A | |
| 164. Stocks from Kayne Anderson Account | | | | | | | | | See note 3, Part VIII |
| 165. Alberto Culver Co CL A | A | Dividend | | | Sell | 7/22 | J | A | |
| 166. Allied Capital Corp New | A | Dividend | | | Sell | 7/22 | J | A | |
| 167. Black Box Corp DEL COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 168. Certegy Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 169. Century\Tel Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 170. Cinn Fincl Corp Ohio | A | Dividend | | | Sell | 7/22 | J | A | |
| 171. Cintas Corp Ohio | A | Dividend | | | Sell | 7/22 | J | A | |
| 172. Devon Energy Corp New | A | Dividend | | | Sell | 7/22 | J | A | |
| 173. Eaton Vance Corp NVT | A | Dividend | | | Sell | 7/22 | J | A | |
| 174. Equifax Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 175. Federal Signal Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 176. Gallagher Arthur J & Co | A | Dividend | | | Buy | 5/19 | J | | |
| 177. | | | | | Sell | 7/22 | J | A | |
| 178. Graco Inc COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 179. IMS Health Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 180. King Pharmaceuticals Inc | | None | | | Sell | 7/22 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Campbell, David G | 2. Court or Organization<br><br>District Court - Arizona | 3. Date of Report<br><br>7/8/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial  ● Annual  ○ FInal | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>401 West Washington<br>Suite 623, SPC 58<br>Phoenix, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Campbell Family Foundation |
| 2. Trustee | Trust # 1 |
| 3. Trustee | Trust # 2 |
| 4. Trustee | Trust # 3 |
| 5. Trustee | Trust # 4 |
| 6. Trustee | Trust # 5 |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUL 14 A II: I: FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Osborn Maledon (former law firm) | $255,221 |
| 2. | 2003 | Meyer Hendricks, Victor, Osborn & Maledon (former law firm) | $2,741 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Osborn Maledon (former law firm) | Reception for my investiture | $5,693 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank One Checking Account | A | Interest | J | T | | | | | |
| 2. Bank One Savings Account | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 5. Osborn Maledon Common Stock | | None | K | W | Redemption | 7/25 | K | C | Osborn Maledon |
| 6. Confluent Surgical Common Stock | | None | K | W | | | | | |
| 7. Wheeler Machinery Note Payable | E | Interest | O | T | | | | | |
| 8. El Dorado Investments, LLC | G | Distribution | O | W | | | | | |
| 9. Exxon Mobil Common Stock | A | Dividend | L | T | | | | | |
| 10. Bank of America Common Stock | A | Dividend | L | T | | | | | |
| 11. 401(k) Plan | | | | | | | | | |
| 12. American Funds Bond Fund of Amer A | E | Dividend | M | T | | | | | |
| 13. American Funds Inc Fund of Amer A | F | Dividend | N | T | | | | | |
| 14. Schwab Inst. Adv. Money Market | B | Interest | M | T | | | | | |
| 15. General American Universal Life Policy | D | Interest | L | T | | | | | |
| 16. General American Variable Life Policy | D | Dividend | L | T | | | | | |
| 17. Trust # 1 | | None | N | W | | | | | See note 1, Part VIII |
| 18. Trust # 2 | | | | | | | | | See note 1, Part VIII |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4): F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 20. Bank One Savings Account | A | Interest | K | T | | | | | |
| 21. Trust # 3 | | | | | | | | | See note 1, Part VIII |
| 22. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 23. Bank One Savings Account | A | Interest | K | T | | | | | |
| 24. Trust # 4 | | | | | | | | | See note 1, Part VIII |
| 25. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 26. Bank One Savings Account | A | Interest | K | T | | | | | |
| 27. Trust # 5 | | | | | | | | | See note 1 Part VIII |
| 28. Wheeler Machinery Note Payable | C | Interest | K | T | | | | | |
| 29. Bank One Savings Account | A | Interest | K | T | | | | | |
| 30. Morningstar managed portfolio (mutual funds) | | | | | | | | | |
| 31. Calamos Growth A | | None | K | T | Buy | 8/28 | K | | |
| 32. Baron Growth | | None | K | T | Buy | 8/28 | K | | |
| 33. ABN AMRO Growth N | | None | K | T | Buy | 8/28 | K | | |
| 34. Janus Midcap Value Investor | A | Dividend | K | T | Buy | 8/28 | K | | |
| 35. MFS Value A | A | Dividend | K | T | Buy | 8/28 | K | | |
| 36. Oakmark I | A | Dividend | L | T | Buy | 8/28 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. PBHG Clipper Focus | A | Dividend | L | T | Buy | 8/28 | L | | |
| 38. Victory Diversified Stock A | A | Dividend | K | T | Buy | 8/28 | K | | |
| 39. Third Avenue Small-Cap Value | A | Dividend | K | T | Buy | 8/28 | J | | |
| 40. TCW Galileo Select Equities N | | None | K | T | Buy | 8/28 | K | | |
| 41. American Century Equity Income Inc | A | Dividend | K | T | Buy | 8/28 | K | | |
| 42. Artisian International | A | Dividend | L | T | Buy | 8/28 | K | | |
| 43. T. Rowe Price High-Yield Adv | A | Dividend | K | T | Buy | 8/28 | K | | |
| 44. Scudder Managed Municipal Bonds A | A | Dividend | K | T | Buy | 8/28 | K | | |
| 45. Vanguard High-Yield Tax-Ex mpt | A | Dividend | K | T | Buy | 8/28 | K | | |
| 46. Janus Tax Exempt Money Market | A | Dividend | J | T | Buy | 8/28 | J | | |
| 47. Merrill Lynch Mutual Fund Advisor Account | | | | | | | | | |
| 48. Aim Small Cap Growth Fund | | None | J | T | Buy | 8/20 | K | | |
| 49. | | | | | Sell | 9/09 | K | A | |
| 50. Columbia Acorn USA Fund | | None | K | T | Buy | 9/09 | J | | |
| 51. Dreyfus Appreciation Fund | A | Dividend | K | T | Buy | 8/20 | K | | |
| 52. Lord Abbett Research Fund - SM CAP A | A | Dividend | K | T | Buy | 8/20 | K | | |
| 53. | | | | | Partial sale | 9/09 | J | A | |
| 54. MFS Research International Fund A | A | Dividend | K | T | Buy | 8/20 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Phoenix-Engelman Small & Mid Cap GR Fund CL A | | None | J | T | Buy | 9/09 | J | | |
| 56. TCW Galileo Select Equities 1 | | None | K | T | Buy | 8/20 | K | | |
| 57. The Oakmark Intl Fund | A | Dividend | K | T | Buy | 8/20 | K | | |
| 58. The Oakmark Select Fund | A | Dividend | K | T | Buy | 8/20 | K | | |
| 59. Van Kampen Comstock Fund | A | Dividend | K | T | Buy | 8/20 | K | | |
| 60. MFS Research Bond CL A | A | Dividend | K | T | Buy | 8/20 | K | | |
| 61. Pimco High Yield Fund CL A | A | Dividend | K | T | Buy | 8/20 | J | | |
| 62. Northwestern Mutual whole life policy | C | Dividend | K | T | | | | | See note 2, Part VIII |
| 63. Mony Life Insurance Company whole life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 64. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 65. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 66. Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 67. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 68. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | See note 2, Part VIII |
| 69. Transactions from Family Partnership | | | | | | | | | See note 3, Part VIII |
| 70. Stocks from Furman-Selz Account | | | | | | | | | See note 3, Part VIII |
| 71. Amer Intl Group Inc. | A | Dividend | | | Sell | 7/22 | J | A | |
| 72. Amgen Inc Com PV | | None | | | Buy | 5/7 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | Sell | 7/22 | J | A | |
| 74. Applied Material Inc | | None | | | Buy | 10/23 | J | | |
| 75. | | | | | Sell | 7/22 | J | A | |
| 76. Baker Hughes Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 77. Bank of NY Co Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 78. Baxter Intl | A | Dividend | | | Sell | 7/16 | J | A | |
| 79. Baxter Intl | A | Dividend | | | Sell | 7/22 | J | A | |
| 80. Comcast CRP New Cl A Spl | | None | | | Sell | 7/22 | J | A | |
| 81. Cadence Design System Inc | | None | | | Sell | 7/22 | J | A | |
| 82. Cendant Corp | | None | | | Sell | 7/22 | J | A | |
| 83. Citigroup Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 84. ChevronTexaco Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 85. Connoco Phillips | A | Dividend | | | Buy | 3/6 | J | A | |
| 86. | | | | | Sell | 7/22 | J | A | |
| 87. Chubb Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 88. Cisco Systems Inc. COM | | None | | | Sell | 7/22 | J | A | |
| 89. Dell Inc. | | None | | | Sell | 7/22 | J | A | |
| 90. Dominion Res Inc New Va | A | Dividend | | | Buy | 3/7 | J | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =$More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. | | | | | | Sell | 7/22 | J | A | |
| 92. | First Data Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 93. | Franklin Res Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 94. | GenJ Dynamics Corp COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 95. | Interactive Corp | | None | | | Buy | 3/19 | J | | |
| 96. | | | | | | Sell | 7/22 | J | A | |
| 97. | Intel Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 98. | Intl Paper Co | A | Dividend | | | Sell | 7/22 | J | A | |
| 99. | Kimberly Clark | A | Dividend | | | Sell | 7/22 | J | A | |
| 100. | Kroger Co | | None | | | Sell | 7/22 | J | A | |
| 101. | Lehman Bros Holdings | A | Dividend | | | Buy | 4/14 | J | | |
| 102. | | | | | | Sell | 7/22 | J | A | |
| 103. | Liberty Media Corp | | None | | | Buy | 6/25 | J | | |
| 104. | | | | | | Sell | 7/22 | J | A | |
| 105. | Merk & Co | A | Dividend | | | Buy | 3/18 | J | | |
| 106. | | | | | | Sell | 7/22 | J | A | |
| 107. | Microsoft Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 108. | Pepsico Inc | A | Dividend | | | Sell | 7/22 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Pfizer Inc Del PV $0.50 | A | Dividend | | | Sell | 7/22 | J | A | |
| 110. Praxair Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 111. Quest Diagnostics Inc | | None | | | Sell | 7/22 | J | A | |
| 112. Schlumberger Ltd | A | Dividend | | | Sell | 7/22 | J | A | |
| 113. TJX Cos Inc NEW | A | Dividend | | | Sell | 7/22 | J | A | |
| 114. Target Corp COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 115. Verizon Communication Com | A | Dividend | | | Sell | 7/22 | J | A | |
| 116. Vodafone Grp PLC Spn Adr | A | Dividend | | | Sell | 7/22 | J | A | |
| 117. Viacom Inc CL B | A | Dividend | | | Sell | 7/22 | J | A | |
| 118. XL Capital Ltd CL A | A | Dividend | | | Sell | 7/22 | J | A | |
| 119. Wachovia Corp NE | A | Dividend | | | Sell | 7/22 | J | A | |
| 120. Wyeth | A | Dividend | | | Sell | 7/22 | J | A | |
| 121. Stocks from Thompson Siegel Account | | | | | | | | | See note 3, Part VIII |
| 122. Abbott Labs | A | Dividend | | | Sell | 7/23 | J | A | |
| 123. Anadarko Pete Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 124. Bank of America Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 125. CVS Corp Delaware COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 126. Citigroup Inc | A | Dividend | | | Sell | 7/23 | J | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. ChevronTexaco Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 128. Caterpilla Inc DEL | A | Dividend | | | Sell | 7/23 | J | A | |
| 129. Chubb Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 130. Dollar Tree Stores Inc | | None | | | Sell | 7/23 | J | A | |
| 131. Dominion Res Inc NEW VA | A | Dividend | | | Sell | 7/23 | J | A | |
| 132. Genl Dynamics Corp COM | A | Dividend | | | Buy | 3/7 | J | | |
| 133. | | | | | Sell | 7/23 | J | A | |
| 134. Goldman Sachs Group Inc | A | Dividend | | | Sell | 7/23 | J | A | |
| 135. Gillette Co COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 136. Hewlett Packard Co DEL | A | Dividend | | | Sell | 7/23 | J | A | |
| 137. Humana Inc | | None | | | Sell | 7/23 | J | A | |
| 138. Intl Pape Co | A | Dividend | | | Sell | 7/23 | J | A | |
| 139. Keyspan Co p | A | Dividend | | | Sell | 7/23 | J | A | |
| 140. Kimberly Cla k | A | Dividend | | | Sell | 7/23 | J | A | |
| 141. Lockheed Martin Co | A | Dividend | | | Buy | 6/19 | J | | |
| 142. | | | | | Sell | 7/23 | J | A | |
| 143. Metlife Inc COM | A | Dividend | | | Sell | 7 3 | J | A | |
| 144. Merk & Co Inc | A | Dividend | | | Sell | 7/23 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. Nucor Corp | A | Dividend | | | Buy | 3/4 | J | | |
| 146. | | | | | Sell | 7/23 | J | A | |
| 147. Omnicom Group COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 148. Outback Steakhouse Inc | A | Dividend | | | Sell | 7/23 | J | A | |
| 149. PNC Fincl Services Group | A | Dividend | | | Sell | 7/23 | J | A | |
| 150. SBC Communication Inc | A | Dividend | | | Buy | 5/15 | J | | |
| 151. | | | | | Sell | 7/23 | J | A | |
| 152. Schlumberger Ltd | A | Dividend | | | Sell | 7/23 | J | A | |
| 153. Suntrust Bks Inc COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 154. Target Corp COM | A | Dividend | | | Sell | 7/23 | J | A | |
| 155. Travelers Ppty CAS CRP A | A | Dividend | | | Sell | 7/23 | J | A | |
| 156. Unilever NC NEW | A | Dividend | | | Sell | 7/23 | J | A | |
| 157. Union Pacific Corp | A | Dividend | | | Buy | 3/12 | J | | |
| 158. | | | | | Sell | 7/23 | J | A | |
| 159. Unocal Corp | A | Dividend | | | Sell | 7/23 | J | A | |
| 160. V F Corporation | A | Dividend | | | Sell | 7/23 | J | A | |
| 161. Wells Fargo & Co NEW DEL | A | Dividend | | | Sell | 7/23 | J | A | |
| 162. Wachovia Corp NEW | A | Dividend | | | Sell | 7/23 | J | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 7/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Wyeth | A | Dividend | | | Sell | 7/23 | J | A | |
| 164. Stocks from Kayne Anderson Account | | | | | | | | | See note 3, Part VIII |
| 165. Alberto Culver Co CL A | A | Dividend | | | Sell | 7/22 | J | A | |
| 166. Allied Capital Corp New | A | Dividend | | | Sell | 7/22 | J | A | |
| 167. Black Box Corp DEL COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 168. Certegy Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 169. Century\Tel Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 170. Cinn Fincl Corp Ohio | A | Dividend | | | Sell | 7/22 | J | A | |
| 171. Cintas Corp Ohio | A | Dividend | | | Sell | 7/22 | J | A | |
| 172. Devon Energy Corp New | A | Dividend | | | Sell | 7/22 | J | A | |
| 173. Eaton Vance Corp NVT | A | Dividend | | | Sell | 7/22 | J | A | |
| 174. Equifax Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 175. Federal Signal Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 176. Gallagher Arthur J & Co | A | Dividend | | | Buy | 5/19 | J | | |
| 177. | | | | | Sell | 7/22 | J | A | |
| 178. Graco Inc COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 179. IMS Health Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 180. King Pharmaceuticals Inc | | None | | | Sell | 7/22 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. La-Z-Boy Inc Michigan | A | Dividend | | | Sell | 7/22 | J | A | |
| 182. Lancaster Colony CP Ohio | A | Dividend | | | Sell | 7/22 | J | A | |
| 183. National Commerce Fin Cor | A | Dividend | | | Sell | 7/22 | J | A | |
| 184. Polaris Industries COM | A | Dividend | | | Sell | 7/22 | J | A | |
| 185. Realty Inc CRP MD | A | Dividend | | | Buy | 7/9 | J | | |
| 186. | | | | | Sell | 7/22 | J | A | |
| 187. Reynolds & Reynolds A | A | Dividend | | | Sell | 7/22 | J | A | |
| 188. Reinsurance Grp America | A | Dividend | | | Sell | 7/22 | J | A | |
| 189. RPM International Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 190. Stewart WP and Co Ltd | A | Dividend | | | Sell | 7/22 | J | A | |
| 191. Teleflex Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 192. Valspar Corp | A | Dividend | | | Sell | 7/22 | J | A | |
| 193. Washington Fedl Inc | A | Dividend | | | Sell | 7/22 | J | A | |
| 194. Wiley John & Sons CL A | A | Dividend | | | Buy | 4/23 | J | | |
| 195. | | | | | Sell | 7/23 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Campbell, David G | 7/8/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Note 1: Trust #1 is a ████ trust that holds our personal residence and automobiles. Other reportable assets held by the trust are included separately in Part VII. Trusts 2-5 are college education trusts that hold the assets listed below each trust.

Note 2: This year's disclosure form includes life insurance policies that inadvertently were ommitted from last year's disclosure. These policies were purchased by ████████ on the lives of ████████ Because ████ is listed as one of the owners of these policies, they have been included in this Report.

Note 3: I was appointed to the bench last year. My nomination Financial Dislosure Report was dated 3/14/03 and included ████████ investment partnership in Part VII, with assets listed in the names of three account managers (see Part VII Lines 23-25 of last year's report). After receiving a request for clarification from the Committee, I amended the Financial Disclosure Report with a letter dated July 19, 2003 that attached a list of all stocks owned by the ████ partnerhip in the accounts managed by the three investment advisors.

████████ liquidated her interest in the ████ partnership before I was sworn in on July 31, 2003. She invested the money from the liquidation in mutual funds listed in this Report. In liquidating her interest, the partnership did not sell a portion of every stock it held, but instead sold selected stocks until it had realized the funds necessary to liquidate ████ interest. Thus, many of the partnership stocks listed in my July 19, 2003 letter were not sold by the partnership and presumably are still owned by the partnership for investment purposes. I have not listed these stocks in Part VII because my wife no longer has an interest in the partnership that owns them, and I have not shown transactions for them because they were not sold when ████ interest was liquidated. I have shown transactions in Part VII of this Report only for the stocks that were actually sold to liquidate ████ interest.

In collecting information for this report, I learned that some of the stocks sold to liquidate ████ inter st were purchased by the partnership either after or shortly before the 3/14/03 date of my nomination Financial Disclosure Report. I was not aware of these stocks when I filed my July 19, 2003 letter, so they are not included in the attachment to that letter. For these stocks, I show both the purchase and sale in Part VII of this Report.

The stock transactions described above are shown on lines 69-195 of Part VII of this Report and are organized in three groups reflecting the partnership's three investment advisors. This way they can be compared more easily to the attachment to my July 19, 2003 letter which was also organized by the three investment advisors.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   Date **7/8/04** _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544